UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR A. DAVIS, | No. 2:16-cv-2304 KJM KJN P |
| Petitioner, | |
| v. | ORDER |
| COLUSA COUNTY COURT SYSTEM, et al., | |
| Respondents. | |

This petition for writ of habeas corpus was dismissed on January 10, 2017. On February 21, 2017, petitioner filed a document entitled "complaint," also against the Colusa County Court System, judges, district attorney, and public defender, in which he discusses colleges in England, and how much money petitioner has lost due to defendants' actions, claiming they failed in their jobs under color of the law and the California Bar code of ethics. (ECF No. 17.) The true nature of petitioner's recent filing is unclear, but it is clear what it is not: it is not a petition for writ of habeas corpus, and, as presently written, is not a cognizable civil rights complaint. In the October 12, 2016, petitioner was informed that a civil rights action is the proper mechanism for a prisoner seeking to challenge the conditions of his confinement. See 42 U.S.C. § 1983; Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991). (See ECF No. 4 at 3 n.3.) Therefore, petitioner's filing is retained in the court docket and disregarded. If petitioner wishes to file a civil rights complaint, he must do

1

so by filing a complaint in a new action and should refrain from including the instant case number on such filing.

Accordingly, IT IS HEREBY ORDERED that plaintiff's February 21, 2017 filing (ECF No. 17) is retained in the court docket and disregarded.

Dated: March 3, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/davi2304.158

2